ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

AUG - 8 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| LUCIA SIMAS CARVALHO | ) Case No. 10-59814 CN |
| Debtor | ) **NOTICE OF UNCLAIMED DIVIDEND** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2495255 for an unclaimed dividend in the amount of $104.00. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    LUCIA SIMAS CARVALHO
    800 CASANOVA AVE #114
    MONTEREY, CA 93940

Dated: August 02, 2011

                                                  _/s/ Alexandra De Lateur for_
                                                  DEVIN DERHAM-BURK, TRUSTEE